[No. 27411-6-II.   Division Two.   June 7, 2002.]

SATSOP VALLEY HOMEOWNERS ASSOCIATION, INC., ET AL.,
*Appellants*, v. NORTHWEST ROCK, INC.,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-00982-5, Christine A. Pomeroy, J., entered May 4, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27456-6-II.   Division Two.   June 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CECIL JAMES
ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00328-3, Roger A. Bennett, J., entered June 8, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 27461-2-II.   Division Two.   June 7, 2002.]

HEIDI WELLS, *Appellant*, v. FRED MEYER, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-08033-1, Kitty-Ann van Doorninck, J., entered May 4, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 27501-5-II.   Division Two.   June 7, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. A.R. *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-8-00154-9, Christine A. Pomeroy, J., entered June 25, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.